UNITED STATES DISTRICT COURT EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN MAHONEY<br>        Plaintiff | : | Case No. 2:19-CV-03837-CMR |
| | : | |
| | : | **NOTICE OF VOLUNTARY DISMISSAL** |
| vs. | : | **WITH PREJUDICE** |
| | : | |
| CNO SERVICES, LLC.<br>        Defendant | : | |
| | : | |

**PLEASE TAKE NOTICE,** that the above-entitled action against the Defendant shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:   Philadelphia, Pennsylvania
         January 28, 2020

                                    Respectfully submitted,

                                    /s/ David S. Glanzberg, Esquire
                                    Glanzberg Tobia Law, P.C.
                                    Attorney for Plaintiff